Case 3:15-cr-07170-H  Document 38  Filed 02/04/20  PageID.132  Page 1 of 4

FILED
Feb 04 2020
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY  s/ SuzanneA  DEPUTY

1-15-2020
NUNC PRO TUNC
01/21/2020

HONORABLE M.L. HUFF

I appeared before your Honor on two different dates in 2018, for a revocation hearing for a probation violation for submitting positive drug use. I was ordered by your Honor to serve 120 days in custody for these offenses. I am a treaty transfer case from Mexico, I served the sentence and was placed on supervised release. I am a U.S. citizen, and in your courtroom it was determined that the maximum time of supervised release was 8-31-2019. (See enclosed copy of supervised release conditions.) I am currently in a state prison serving a sentence for an unrelated offense and I am scheduled to be released in May 2020. On 4-16-2019 the U.S. Marshal's office sent a notification of detainer stating I had a probation violation hold. Your Honor clearly determined that the maximum date of probation is 8-31-2019. Therefore, I need documentation sent to the records department here at this institution stating the status of this pending detainer. Also, I need a copy for myself. Your time in this matter is greatly appreciated.

Respectfully submitted,
Freddie Lopez
1-15-2020


CALIFORNIA DEPARTMENT of
Corrections and Rehabilitation

# INMATE NOTIFICATION OF DETAINER RECEIPT

| INMATE'S NAME | AKA | CDC NUMBER | TODAY'S DATE |
|---|---|---|---|
| LOPEZ, FREDDIE | | BJ0114 | 04/16/2019 |

| FACILITY NAME AND ADDRESS |
|---|
| WSP-Facility D -- 701 Scofield Avenue / Wasco, California 93280 / |

| HOUSING |
|---|
| D 005 1 - 135001L |

On 04/16/2019 a detainer was filed against you. This detainer indicates that you are wanted by US Marshal - Southern District of California - 333 W Broadway Suite 100 San Diego, California 92101 on a charge of VIOLATION OF PROBATION based on Warrant Number 15CR07170H1. CDCR intends to comply with this Detainer/Hold and/or Transfer request.

YOU ARE HEREBY NOTIFIED (refer only to item(s) marked):

☐ You may request disposition of untried charges in accordance with Penal Code (PC) Section 1381.

☑ You may request disposition of probation in accordance with PC Section 1203.2a (for California Counties only.)

☐ You may request disposition of untried charges in accordance with PC Section 1389. (See Agreement on Detainer Form I attached.)

☐ You may request to be returned to this jurisdiction for concurrent service of terms in re Stoliker.

If you are wanted by those authorities to complete service of an unexpired commitment in that jurisdiction and if your present California commitment has been ordered to run concurrently with that previous commitment, you may be eligible for transfer to that jurisdiction under In re Stoliker, 49 Cal. 2d 75. If you believe that you meet the above criteria, you may make a request to the Director, in writing and through the institution records office, asking that you be made available to those authorities so that your terms may run concurrent. If the Director grants your request, a letter will be sent to those authorities notifying them of your present status and of the fact that you are available to them.
Those authorities may then either: (1) request that you be transferred to them in which case you will be transferred, your sentence will run concurrently, and a detainer will be placed against you by California for your return should you complete their sentence first; (2) designate this institution as the place for service of your commitment to them in which case you will acquire the benefit of concurrent terms; or (3) deny your request in which case your only recourse will be in the courts of that jurisdiction.

☐ Pursuant to PC Section 11177.1, Uniform Act of Out-To-State Probationer or Parolee Supervision, you may waive a court appearance. See the attached, Waiver of Court Appearance - Return to Sending State.

☐ None of the above are applicable in this case.

**If the subject inmate wishes to exercise any of the above marked alternatives, he/she should direct a written request to his/her institution records office.**

| RECEIPT ACKNOWLEDGED (INMATE'S SIGNATURE) | CDC NUMBER | DATE | AUTHORIZED STAFF'S SIGNATURE |
|---|---|---|---|
| | BJ0114 | | |

CDCR SOMS OTRT230 - INMATE NOTIFICATION OF DETAINER RECEIPT

| DEFENDANT: FREDDIE JAMES LOPEZ | SENTENCIADO: FREDDIE JAMES LOPEZ |
|---|---|
| CASE NUMBER: 15CR7170-H | NÚMERO DE CAUSA: 15CR7170-H |
| **SUPERVISED RELEASE/PROBATION**<br>Upon release from imprisonment, the defendant shall be on supervised release for a term of:  *until 8/3/19* | **LIBERTAD SUPERVISADA/CONDENA CONDICIONAL**<br>Cuando sea liberado de la prisión, el sentenciado estará bajo libertad supervisada por un plazo de: |
| The defendant shall report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons unless removed from the United States. | El sentenciado deberá presentarse en el Departamento de Investigación y Supervisión de Infractores (*Probation Office*) ubicado en el distrito donde lo liberen dentro de las primeras 72 horas a partir del momento en que deje de estar bajo la custodia de la Dirección del Sistema Penitenciario a menos que se le haya expulsado de los Estados Unidos. |
| The defendant shall not commit another federal, state or local crime. | El sentenciado no deberá cometer ningún otro delito federal, estatal ni local. |
| *For offenses committed on or after September 13, 1994:* | *Para los delitos cometidos el 13 de septiembre de 1994 o posteriormente:* |
| The defendant shall not illegally possess a controlled substance. | El sentenciado no deberá tener en su poder ninguna sustancia regulada de forma ilícita. |
| The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter as determined by the court. Testing requirements will not exceed submission of more than __4__ drug tests per month during the term of supervision, unless otherwise ordered by the court.<br><br>☐ The above drug testing condition is suspended, based on the court's determination that the defendant poses a low risk of future substance abuse. (*Check, if applicable.*) | El sentenciado deberá abstenerse del consumo ilícito de cualquier sustancia regulada. Asimismo, el sentenciado deberá someterse a una prueba para detectar el consumo de drogas dentro de los primeros 15 días después de haber sido liberado de la prisión y, posteriormente, a por lo menos dos pruebas periódicas conforme a lo que determine el juez. El sentenciado deberá someterse a no más de __4__ pruebas por mes durante el período de supervisión, a menos que el juez dicte una orden distinta.<br><br>☐ La condición anterior sobre los análisis para la detección de drogas queda suspendida, puesto que el juez ha determinado que existe un bajo riesgo de que el sentenciado abuse de alguna sustancia en el futuro. (*Marque la casilla si corresponde.*) |
| ☒ The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon. | ☒ El sentenciado no deberá tener en su poder armas de fuego, municiones, dispositivos destructivos u otras armas peligrosas. |
| ☒ The defendant shall cooperate in the collection of a DNA sample from the defendant, pursuant to section 3 of the DNA Analysis Backlog Elimination Act of 2000, pursuant to 18 USC §§ 3563(a)(9) and 3583(d)(3). | ☒ El sentenciado deberá cooperar con la toma de una muestra de su ADN, según el artículo 3 de la Ley del 2000 para Eliminar el Volumen Acumulado de Análisis de ADN, de conformidad con el Título 18 del Código de los Estados Unidos, artículos 3563(a)(9) y 3583(d)(3). |
| ☐ The defendant shall comply with the requirements of the Sex Offender Registration and Notification Act (42 U.S.C. § 16901, et seq.) as directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in which he or she resides, works, is a student, or was convicted of a qualifying offense. *(Check, if applicable.)* | ☐ La persona sentenciada deberá cumplir con los requisitos de la Ley para el Registro y Notificación de Delincuentes Sexuales (Título 42 del Código de los Estados Unidos, artículo 16901 y ss.) de acuerdo con lo que le ordene el oficial del Departamento de Investigación y Supervisión de Infractores (oficial de supervisión), la Dirección del Sistema Penitenciario o cualquier dependencia estatal para el registro de delincuentes sexuales ubicada en el lugar donde este o esta resida, trabaje, estudie o en el que se le haya declarado culpable de un delito por el cual deba registrarse. *(Marque la casilla si corresponde.)* |
| ☐ The defendant shall participate in an approved program for domestic violence. (*Check, if applicable.*) | ☐ El sentenciado deberá participar en un programa autorizado sobre la violencia intrafamiliar. (*Marque la casilla si corresponde.*) |
| If this judgment imposes a fine or a restitution obligation, it shall be a condition of supervised release that the defendant pay any such fine or restitution that remains unpaid at the commencement of the term of supervised release in accordance with the Schedule of Payments set forth in this judgment. | Si la sentencia definitiva incluyere una multa o la obligación de pagar la reparación de daños, una de las condiciones de la libertad supervisada deberá ser que el sentenciado pague la multa o la reparación de daños que siga pendiente de pago al inicio del plazo de libertad supervisada conforme al plan de pagos señalado en la presente sentencia definitiva. |

FREDDIE LOPEZ #BJ8144
CALIFORNIA CORRECTIONAL CENTER
P.O. BOX 2500
SUSANVILLE, CA. 96127



**RECEIVED**

JAN 21 2020

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

U.S. COURTHOUSE
333 W. BROADWAY
SAN DIEGO, CA. 92101

ATTN: HONORABLE MARILYN L. HUFF
DEPARTMENT #15

STATE PRISON